# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**CARLOS MARQUEZ,**

    **Plaintiff,**

**v.**                                            **Case No: 6:13-cv-1039-Orl-31KRS**

**HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY,**

    **Defendant.**

## ORDER

This matter comes before the Court on Defendant's Motion to Dismiss Count II of Plaintiff's Amended Complaint and Motion to Strike Portions of Amended Complaint filed August 15, 2013. This Court's Local Rule 3.01(b) gave the Plaintiff fourteen days after service of the Motion to respond in opposition. Plaintiff requested and received an extension of time to respond to the Motion—the extended deadline was September 11, 2013. (Docs. 14, 15). Nine days have gone by from that date and Plaintiff has still failed to respond to the Motion. In consideration of the foregoing, it appearing that the motion is meritorious and unopposed, it is hereby **ORDERED** that the motion is **GRANTED**. Count II is **DISMISSED** and paragraph thirty-three (33) and the jury demand are **STRICKEN** from Plaintiff's Amended Complaint (Doc. 7).

**DONE** and **ORDERED** in Chambers, Orlando, Florida on September 20, 2013.

_____
GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party